

No. 10–5004/AF. United States, Appellant and Cross–Appellee v. Ryan D. Humphries, Appellee and Cross–Appellant. CCA 37491. On consideration of Appellant/Cross–Appellee's petition for reconsideration of this Court's decision in the above–captioned case, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that said petition for reconsideration is hereby denied.

No. 09–0079/AR. U.S. v. James T. Murphy. CCA 19872873. On further consideration of the granted issue, 71 M.J. 106 (C.A.A.F. 2012) (order granting review), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Charge II and its specification, Additional Charge II and its specification, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.